IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DAMMAE DAWN WILLIAMS, et al.,

        Plaintiffs,

v.                                                     CIVIL ACTION NO. 2:17-cv-03704

ETHICON, INC., et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

On September 30, 2020, I entered an order directing plaintiffs to show cause on or before October 14, 2020, why this case should not be dismissed without prejudice as to the remaining defendants, Ethicon, Inc. and Johnson & Johnson, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not shown cause. The court **ORDERS** that this case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendants within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 16, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE